IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LOBATO, an individual,

    Plaintiff,

v.

HEALTH PLAN SERVICES, JOHN DOE, and DOES 1 through 20, inclusive,

    Defendants.

No. C 12-00795 WHA

**ORDER SETTING CASE MANAGEMENT ORDER**

The Court shall hold a case management conference on **AUGUST 9, 2012, AT 11:00 A.M.** in Courtroom No. 8 of the federal courthouse, located at 450 Golden Gate Avenue, San Francisco, California. All parties shall attend the conference. This includes all defendants to be named in the amended complaint.

A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: June 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE