IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LOBATO, an individual,

    Plaintiff,

  v.

HEALTH PLAN SERVICES, JOHN DOE, and DOES 1 through 20, inclusive,

    Defendants.
                               /

No. C 12-00795 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court **GRANTS** plaintiff's ex parte application to continue the case management conference to **AUGUST 23, 2012, AT 11:00 A.M.**

      **PLEASE MAKE SURE DEFENDANT IS SERVED WITH THIS ORDER. THERE WILL NOT BE ANY MORE CONTINUANCES.**

      **IT IS SO ORDERED.**

Dated: August 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE