IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LOBATO, an individual,

    Plaintiff,

  v.

HEALTH PLAN SERVICES, JOHN DOE, INTERNATIONAL RECOVERY SYSTEMS, INC., and DOES 1 through 20, inclusive,

    Defendants.
                         /

No. C 12-00795 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court hereby **CONTINUES** the case management conference to **SEPTEMBER 20, 2012, AT 11:00 A.M.** Please filed a joint statement at least seven days prior.

    Plaintiff is **ORDERED** to serve a copy of this order on all defendants, and is responsible for making sure defense counsel appear at the case management conference.

    **IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE