**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LOBATO, an individual,

    Plaintiff,

  v.

HEALTH PLAN SERVICES, JOHN DOE, INTERNATIONAL RECOVERY SYSTEMS, INC., and DOES 1 through 20, inclusive,

    Defendants.

No. C 12-00795 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **SEPTEMBER 20, 2012, AT 11:00 A.M.** Please filed a joint statement at least seven days prior.

Plaintiff is **ORDERED** to serve a copy of this order on all defendants, and is responsible for making sure defense counsel appear at the case management conference.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE