IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON LOBATO, an individual,

    Plaintiff,

v.

HEALTH PLAN SERVICES, JOHN DOE, INTERNATIONAL RECOVERY SYSTEMS INC., and DOES 1 through 20, inclusive,

    Defendants.

No. C 12-00795 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Pursuant to the joint stipulation to continue case management conference, the Court **CONTINUES** the case management conference for one week, to **SEPTEMBER 27, 2012, AT 11:00 A.M.**, as counsel indicates that he will be out of the country until September 22.

    **PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: September 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE