UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

SHARON LOBATO,

               Plaintiff,

     v.

INTERNATIONAL RECOVERY SYSTEMS, INC.,

              Defendants.

_____/

No. C 12-0795 WHA

**ORDER RE: ATTENDANCE AT ENE**

Date:            not yet scheduled
Evaluator:     Peter Califano

     IT IS HEREBY ORDERED that the request to conduct the ENE session in this case telephonically is DENIED.  Routine travel and time costs associated with traveling to an ADR session do not fulfill the "extraordinary or otherwise unjustifiable hardship" requirement set forth in ADR L.R. 5-10(d).  Accordingly, the request is DENIED and the parties and their lawyers shall attend the session in person.

     IT IS SO ORDERED.

January 9, 2013
_____        By:  _____
Dated                                                                    Maria-Elena James
                                                              United States Magistrate Judge