Mark E. Ellis - 127159
Brandon L. Reeves - 242897
Kathleen M. Ebert - 278354
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
breeves@ellislawgrp.com
kebert@ellislawgrp.com

Attorneys for Defendant CRISTO, ARMSTRONG, POWERS, INC. D.B.A. INTERNATIONAL RECOVERY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LOBATO, an individual,<br><br>　　　Plaintiff,<br><br>v.<br><br>HEALTH PLAN SERVICES, JOHN DOE, INTERNATIONAL RECOVERY SYSTEMS, INC. and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No.: 12-cv-00795-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

　　　IT IS SO ORDERED

Dated: April 1, 2013

_____
Honorable Jon S. Tigar
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE